UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THEODORE JUSTICE, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MCANGUS GOUDELOCK & COURIE ) <br> LLC, LUKE DALTON, SKYLAR J. ) <br> GALLAGHER, NORTH CAROLINA ) <br> BAR ASSOCIATION, and AMANDA E. ) <br> STEVENSON, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:24-CV-392-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion to proceed in forma pauperis [D.E. 2] and DISMISSES as frivolous plaintiff's complaint [D.E. 1], motion to request the issuance of a summons and complaint [D.E. 11], and motion to define the term "serial filer" [D.E. 17]. The court DENIES as futile plaintiff's motions to amend [D.E. 21, 22, 24] and DENIES AS MOOT plaintiff's motion for a preliminary injunction [D.E. 23]. The clerk SHALL close the case.

This Judgment filed and entered on March 10, 2025, and copies to:
Theodore Justice        (via CM/ECF electronic notification)

March 10, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk